396 A.2d 838

Matthews, Appellant, v. Matthews.

Argued October 24, 1978. John J. Myers and Robert W. Doty, for appellant; Ralph J. Little and Louis H. Ceraso, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Orders affirmed.

396 A.2d 838

Mawhinney v. Forbes Health System et al. (et al., Appellants).

Argued October 23, 1978. David H. Trushel, for appellants; Richard H. Albert, for appellee, Marlier, M.D.; No appearance entered nor brief submitted for appellee, Forbes Health System.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.